IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RAYMOND L. EICHENBERGER,

    Plaintiff,

v.

    Case No. 2:11-CV-0923
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

THOMAS GRAHAM, et al.,

    Defendants.

### ORDER

This matter is before the Court regarding Plaintiff Raymond L. Eichenberger's Motion to Remand Case to State Common Pleas Court (Doc. 9). Defendants are **ORDERED** to respond to Plaintiff's Motion by **Wednesday, November 9, 2011**.

**IT IS SO ORDERED.**

11-2-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE